IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID T. RHODEN,

    Plaintiff,

v.                                                                               CASE NO. 1:11-cv-00026-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Motion to Proceed in *Forma Pauperis*. (Doc. 3.) The Court has reviewed the financial affidavit and finds that the Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a) and therefore leave to proceed *in forma pauperis* is due to be granted.

Plaintiff has named the Commissioner of the Social Security Administration as the Defendant. Service upon the Defendant should be made within 120 days pursuant to Fed.R.Civ.P. 4(m), and service shall be made upon the Defendant as well as the United States Attorney for this district and the Attorney General of the United States as required under Fed. R. Civ. P. 4(i).

Accordingly, it is **ORDERED**:

1. Leave to proceed *in forma pauperis (Doc. 3)* is **GRANTED** to the extent that this case may be filed without prepayment of fees.

2. The clerk of court is directed to send the prepared summons, four certified copies of this order, the service copies of the complaint, and the prepared USM 285

forms to the United States Marshal. The United States Marshal shall serve a copy of the complaint and summons upon the named defendant and the United States Attorney and the Attorney General of the United States.

    3. The Marshal shall transmit USM 285 forms for the Commissioner of the Social Security Administration, and for both the United States Attorney and the Attorney General of the United States to the Plaintiff. Plaintiff shall complete single USM 285 forms for service upon the named Defendant, Commissioner of Social Security, 6401 Security Blvd., Altmeyer Bldg., Room 617, Baltimore, MD 21235; the United States Attorney for the Northern District of Florida, (to be addressed to: Civil Process Clerk, United States Attorney's Office, Northern District of Florida, 111 N. Adams Street, 4th Floor, Tallahassee, Florida 32301) and the Attorney General of the United States (Department of Justice, 10th Street and Constitution Ave. NW, Washington, D.C. 20530).

    The instructions shall require Plaintiff to complete and return the forms to the United States Marshal's office in Tallahassee within twenty (20) days from the date of receipt thereof. Failure by Plaintiff to return the completed forms within this time period may result in the dismissal of this case.

    4. The Marshal shall serve the Commissioner of the Social Security Administration, and the office of the United States Attorney for this District by sending copies of the summons and complaint **via certified mail** to the Attorney General of the United States, to the United States Attorney for the Northern District of Florida, and to the Commissioner of the Social Security Administration.

    5. If after 25 days from the mailing of the summons and complaint, the

defendant has not returned a written acknowledgment of service, the Marshal shall so notify the Plaintiff. Plaintiff shall then send the Marshal an identical copy of the complaint for the Defendant who has not acknowledged service. Upon receipt of these service copies, the Marshal shall **personally** serve that Defendant, and subsequently file with the clerk the return of service.

**DONE AND ORDERED** this 16th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge