IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID RHODEN,

    Plaintiff,

vs.                                       1:11-cv-26-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Pending before the Court is Plaintiff's Motion For 2-Day Extension Of Time To File Memorandum Of Law.  (Doc. 15.)  Plaintiff requests an extension of time until July 20, 2011 to file his memorandum.  Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies that Defendant's counsel has been contacted and that Defendant does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion For 2-Day Extension Of Time To File Memorandum Of Law (Doc. 15) is **GRANTED**.  Plaintiff shall file his memorandum on or before **July 20, 2011**.

**DONE AND ORDERED** this 19th day of July, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge