IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID RHODEN,

    Plaintiff,

vs.                                             1:11-cv-26-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

      Pending before the Court is Plaintiff's Motion For Second Extension Of Time To File Memorandum Of Law. (Doc. 17.) Plaintiff requests an extension of time until July 21, 2011 to file his memorandum. Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies that Defendant's counsel has been contacted and that Defendant does not object to the requested relief.

      Accordingly, upon due consideration, Plaintiff's Motion For Second Extension Of Time To File Memorandum Of Law (Doc. 17) is **GRANTED**. Plaintiff shall file his memorandum on or before **July 21, 2011**.

      **DONE AND ORDERED** this 21st day of July, 2011.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge