IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID T. RHODEN,

    Plaintiff,

v.          CASE NO. 1:11cv26-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2012. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The decision of the Commissioner, denying benefits prior to December 7, 2006, is AFFIRMED.

    **DONE and ORDERED** this 2nd day of May, 2012.

                                                                             s/ *M. Casey Rodgers*
                                                                             **M. CASEY RODGERS**
                                                                             **CHIEF UNITED STATES DISTRICT JUDGE**